DENNIS WAKS, Bar # 142581
Interim Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY EUGENE HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-295 EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| GARY EUGENE HALL, | ) ) | Date: March 3, 2006<br>Time: 10:00 A.M. |
| | ) ) | Judge: Hon. Edward G. Garcia |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 3, 2006 be vacated and a new date of March 3, 2006 be set for status.

Defense counsel is awaiting discovery from the government regarding Charge Number One. The government has indicated that it intends to indict Mr. Hall based on that conduct. Once defense counsel has received discovery, time is needed to review that discovery and perform investigation.

It is stipulated and agreed between the parties that the period

beginning February 3, 2006 to March 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 1, 2006

                                      Respectfully submitted,

                                      DENNIS WAKS
                                      Interim Federal Defender

                                           /S/NED SMOCK
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      GARY EUGENE HALL

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  February 1, 2006
                                           /S/ JASON HITT
                                      JASON HITT
                                      Assistant U.S. Attorney

                                            **ORDER**

    **IT IS SO ORDERED.**

DATED: February 2, 2006

                                      /s/ Edward J. Garcia
                                      HONORABLE EDWARD J. GARCIA
                                      District Court Judge