```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
                IN THE UNITED STATES DISTRICT COURT
 7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,    )   Case No. CR-S-06-0330 EJG
10                               )   CR S-05-295 EJG
                  Plaintiff,     )
11                               )   STIPULATION AND ORDER
         v.                      )   CONTINUING JUDGMENT AND
12                               )   SENTENCE
    GARY HALL,                   )
13                               )
                  Defendant.     )
14  _____)

15       Plaintiff, United States of America, by its counsel,

16  Assistant United States Attorney Jason Hitt, and defendant Gary

17  HALL, by his counsel, Gilbert Roque, Esq., hereby stipulate and

18  agree that the currently-set judgment and sentencing date of

19  October 27, 2006, at 10:00 a.m. should be continued to November

20  3, 2006, at 10:00 a.m. based upon the unavailability of

21  government counsel.

22

23  Dated: October 23, 2006        /s/Jason Hitt
                                   JASON HITT
24                                 Assistant U.S. Attorney

25

26  Dated: October 23, 2006        /s/Jason Hitt
                                   Telephonically authorized to
27                                 sign for Mr. Roque on 10-23-
                                   06
28                                 GILBERT ROQUE, Esq.
                                   Counsel for GARY HALL
```

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of October 27, 2006, at 10:00 a.m., is CONTINUED to November 3, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Date:   October 23, 2006
_____   /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE